JULY 17th, 2012                                                                   UTICA, NEW YORK
HON. DAVID N. HURD, Presiding
Clerk: Craig B. Minor
Steno: Nancy Freddoso


11:45 A.M.   COURT IN SESSION

Jason Zeigler, etc.,

    vs.

The State of New York, et al.                                                     3:11-CV-37

1. Deft Onondaga Co's motion to dismiss (25)–DECISION RESERVED.

2. NYS defts' motion to dismiss (26)–DECISION RESERVED.  Ct. to issue written decision.

Appearances: Jeffrey Parry for pltf, C. Harris Dague for NYS defts, Carol Rhinehart for Onondaga Co. deft


12:15 P.M.  Recessed.