========================================================================

### * * * * * UNITED STATES DISTRICT COURT * * * * *

<u>    NORTHERN    </u> DISTRICT OF <u>    NEW YORK    </u>

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 5:11-CV-37 (DNH/TWD)**

**JASON ZEIGLER,**
*Individually and in his capacity as*
*Court Appointed Attorney for Indigent*
*Citizens in the County of Onondaga together*
*with all those similarly situated,* **and**
**JEFF WITKOWSKI,** *Individually as well as*
*the representative of all those similarly situated,*

       **Plaintiffs ,**

-vs-

**THE STATE OF NEW YORK,**
**THE OFFICE OF COURT ADMINISTRATION OF THE**
**UNIFIED COURT SYSTEM,**
**HON. JAMES TORMEY,**
**ONONDAGA COUNTY,**

       **Defendants.**

<u>        </u>   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>   X    </u>   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: (1) Defendants State of New York, the Office of Court Administration of the Unified Court System and Hon. James Tormey's motion for judgment on the pleadings pursuant to Federal Rules of Civil Procedure 12(c) is GRANTED; and it is further ORDERED AND ADJUDGED that: (2) Defendant County of Onondaga's motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) is GRANTED; and it is further ORDERED AND ADJUDGED that: (3) any denial of access to the courts claim is DISMISSED; and it is further ORDERED AND ADJUDGED, that (4) the amended complaint is DISMISSED in its entirety, as more particularly set forth and pursuant to the Memorandum-Decision and Order of the Honorable David N. Hurd, United States District Judge, dated June 6, 2013.

*signature: Lawrence K. Baerman*
Clerk of Court

DATE: <u> June 7, 2013     </u>

                                        S/Suzanne Gunter
                             By: <u>                                    </u>
                                        DEPUTY CLERK